UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAMARAH HARBER-PICKENS, et al.,<br><br>Defendants. | No.  1:20-cv-00889-DAD-JLT<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. No. 6) |

On June 29, 2020, plaintiffs filed a motion for a temporary restraining order in this action. (Doc. No. 6.)  Therein, plaintiffs seek an order restraining defendants from "denying the public access to judicial proceedings occurring in the Kern County Superior Court, except as deemed permissible following an appropriate case-by-case adjudication, without providing some limited in-person access consistent with social distancing and a viable alternative mechanism for the public to remotely access all civil and criminal court proceedings, including trials, that would otherwise be public under the law."  (*Id.* at 3.)

Defendants will be provided with an opportunity to file a response to plaintiffs' motion for a temporary restraining order by 12:00 p.m. PST on July 1, 2020.  A hearing on plaintiffs' motion will be held on July 2, 2020 at 10:00 A.M. PST before District Judge Dale A. Drozd.  The parties must appear by video or telephonically and are directed to contact the undersigned's Courtroom

Deputy Jami Thorp (jthorp@caed.uscourts.gov) for dial-in or log-in information. The Clerk of the Court is directed to serve a copy of this order on County Counsel for the County of Kern, Margo A. Raison (mraison@kerncounty.com). County Counsel is requested to forward this order to the appropriate counsel representing the named defendants in this action. The court will also attempt to contact the Kern County Superior Court on June 30, 2020 to determine whether the California Attorney General's Office or other counsel should be served with this order so that they may take advantage of the opportunity to file an opposition to the pending motion prior to the hearing.

IT IS SO ORDERED.

Dated:   **June 29, 2020**

UNITED STATES DISTRICT JUDGE

2