Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for Defendants
TAMARAH HARBER-PICKENS, in her official capacity as Court Executive Officer of the Superior Court of California, County of Kern; and HON. JUDITH K. DULCICH, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAMARAH HARBER-PICKENS, et al.,<br><br>Defendants. | Case No. 1:20-cv-00889-DAD-JLT<br><br>Assigned for all purposes to<br>Hon. Dale A. Drozd<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br>(Doc. 24) |

Defendants Tamarah Harber-Pickens, in her official capacity as Court Executive Officer of the Superior Court of California, County of Kern, and Hon. Judith K. Dulcich, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern (collectively "KCSC"), and Plaintiffs American Civil Liberties Union of Southern California Kilah Oats, Lotisha Davidson, Tanisha Brown, Tameca Spriggs, and Janie Randle hereby stipulate to 1) continue the Mandatory Scheduling Conference in this matter, currently set for September 22, 2020, to October 20, 2020, or as soon thereafter as the Court may be available; and 2) extend all Defendants' deadline to file a responsive pleading in this matter until October 20, 2020.

1. On June 26, 2020, the Court set the Mandatory Scheduling Conference in this matter for September 22, 2020, at 8:30 a.m. (Dkt. No. 3.)

2. On July 14, 2020, counsel for KCSC executed and Plaintiffs filed a Waiver of the Service of Summons, which set KCSC's deadline to file a responsive pleading in this matter at 60 days from July 14, 2020 – or September 14, 2020. (Dkt. No. 19.)

3. KCSC has been working diligently to install live audio streaming services in all active courtrooms in the Superior Court of California, County of Kern so that it can balance the need to maintain physical distancing in light of the COVID-19 pandemic with the public right of access to court proceedings.

4. KCSC has informed Plaintiffs that all live audio streaming equipment has been installed; is currently being tested; and soon will go live.

5. Once live audio streaming becomes available, the parties believe their time and efforts are best served by working to resolve this matter amicably, rather than preparing for litigation and trial. The parties further believe this proposed continuance and extension will give them sufficient time in which to do so.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. The Mandatory Scheduling Conference in this matter shall be continued to October 20, 2020, at 8:30 a.m., or as soon thereafter as the Court may be available;

2. The parties' respective Rule 26 obligations shall likewise be continued; and

- 1 -

Stip. and [Proposed] Order to Continue Mand.
Sched. Conf. and Extend Response Deadline
1:20-cv-00889-DAD-JLT

3. The deadline to file a responsive pleading in this matter by all named Defendants shall be extended to October 20, 2020.

**IT IS SO STIPULATED**.

Dated: September 4, 2020     JONES DAY

/s/ Robert A. Naeve
Robert A. Naeve
Cary D. Sullivan
Nathaniel P. Garrett

Attorneys for Defendants
TAMARAH HARBER-PICKENS, in her official capacity as Court Executive Officer of the Superior Court of California, County of Kern; and HON. JUDITH K. DULCICH, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern

Dated: September 4, 2020     ACLU FOUNDATION OF NORTHERN CALIFORNIA

/s/ Kathleen Guneratne (as authorized on 9/4/2020)
Kathleen Guneratne
Amy Gilbert

Attorneys for Plaintiffs
ACLU OF SOUTHERN CALIFORNIA, KILAH OATS, LOTISHA DAVIDSON, TANISHA BROWN, TAMECA SPRIGGS, and JANIE RANDLE

Dated: September 4, 2020     AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA

/s/ Peter Eliasberg (as authorized on 9/4/2020)
Peter Eliasberg
Jordan Wells

Attorneys for Plaintiffs
ACLU OF SOUTHERN CALIFORNIA, KILAH OATS, LOTISHA DAVIDSON, TANISHA BROWN, TAMECA SPRIGGS, and JANIE RANDLE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 4, 2020 | FIRST AMENDMENT COALITION |
| 3 | | /s/ David Edward Snyder (as authorized on 9/4/2020) |
| 4 | | David Edward Snyder |
| 5 | | Attorneys for Plaintiff<br>FIRST AMENDMENT COALITION |
| 6 | | |
| 7 | Dated: September 4, 2020 | OFFICE OF KERN COUNTY COUNSEL |
| 8 | | /s/ Marshall Scott Fontes (as authorized on 9/4/2020) |
| 9 | | Marshall Scott Fontes<br>Andrew C. Thomson |
| 10 | | |
| 11 | | Attorneys for Defendant<br>DONNY YOUNGBLOOD, Sheriff of Kern County, in his official capacity |

1  **[PROPOSED] ORDER**

2  Based upon the parties' Stipulation to Continue the Mandatory Scheduling Conference
and Extend Defendants' Responsive Pleading Deadline, and for good cause shown, **IT IS
HEREBY ORDERED THAT**:

    1.    The Mandatory Scheduling Conference in this matter shall be continued to October 20, 2020, at 8:30 a.m.;

    2.    The parties' respective Rule 26 obligations shall likewise be continued; and

    3.    The deadline to file a responsive pleading in this matter for all named Defendants shall be extended to October 20, 2020.

**IT IS SO ORDERED**.

Dated: September 7, 2020

_/s/ Jennifer L. Thurston_
UNITED STATES MAGISTRATE JUDGE