Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   +1.949.851.3939
Facsimile:   +1.949.553.7539

Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700

Attorneys for Defendants
TAMARAH HARBER-PICKENS, in her official capacity as Court Executive Officer / Clerk of the Superior Court of California, County of Kern; and HON. JUDITH K. DULCICH, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**TAMARAH HARBER-PICKENS, et al.,**<br><br>Defendants. | Case No. 1:20-cv-00889-DAD-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND COURT DEFENDANTS' RESPONSIVE PLEADING DEADLINE AND THE PARTIES' DEADLINE TO FILE JOINT SCHEDULING REPORT**<br><br>(Doc. 27) |

Defendants Tamarah Harber-Pickens, in her official capacity as Court Executive Officer / Clerk of the Superior Court of California, County of Kern, and Hon. Judith K. Dulcich, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern (collectively "KCSC"), and Plaintiffs American Civil Liberties Union of Southern California, First Amendment Coalition, Kilah Oats, Lotisha Davidson, Tanisha Brown, Tameca Spriggs, and Janie Randle hereby stipulate to 1) extend KCSC's deadline to file a responsive pleading until November 3, 2020; and 2) extend the parties' deadline to file a joint scheduling report until November 3, 2020.

1. On June 26, 2020, the Court set a Mandatory Scheduling Conference in this matter for September 22, 2020. (Dkt. No. 3.)

2. On July 14, 2020, counsel for KCSC executed and Plaintiffs filed a Waiver of the Service of Summons, which set KCSC's deadline to file a responsive pleading in this matter at 60 days from July 14, 2020 – or September 14, 2020. (Dkt. No. 19.)

3. On September 8, 2020, upon the parties' stipulation, the Court ordered: 1) a continuance of the Mandatory Scheduling Conference until October 20, 2020; 2) a similar continuance of the parties' respective Rule 26 obligations; and 3) an extension of the deadline for the defendants to file a responsive pleading until October 20, 2020. (Dkt. No. 25.)

4. On October 15, 2020, the Court vacated the Mandatory Scheduling Conference set for October 20, 2020, and ordered the parties to submit a joint scheduling report by October 21, 2020. (Dkt. No. 26.)

5. KCSC recently completed installation of live audio streaming services in all active courtrooms in the Superior Court of California, County of Kern such that it can balance the need to maintain physical distancing in light of the COVID-19 pandemic with the public right of access to court proceedings.

6. Pursuant to a Standing Order re Access to Court Proceedings During The COVID-19 Pandemic And Availability Of Audio Live Streaming, effective October 1, 2020, Presiding Judge Dulcich announced the availability of live audio streaming for all active courtrooms in the Superior Court of California, County of Kern.

7. Now that live audio streaming is available for all active courtrooms in the Superior Court of California, County of Kern, the parties believe their time and efforts are best served by working to resolve this matter amicably, rather than preparing for litigation and trial. The parties further believe these proposed extensions will give them sufficient time in which to do so.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. KCSC's deadline to file a responsive pleading shall be extended to November 3, 2020; and

2. The parties' deadline to file a joint scheduling report shall be extended to November 3, 2020;

**IT IS SO STIPULATED**.

Dated: October 16, 2020

JONES DAY

/s/ Robert A. Naeve
Robert A. Naeve
Cary D. Sullivan
Nathaniel P. Garrett

Attorneys for Defendants
TAMARAH HARBER-PICKENS, in her official capacity as Court Executive Officer of the Superior Court of California, County of Kern; and HON. JUDITH K. DULCICH, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern

Dated: October 16, 2020

ACLU FOUNDATION OF NORTHERN CALIFORNIA

/s/ Kathleen Guneratne (as authorized on 10/16/2020)
Kathleen Guneratne
Amy Gilbert

Attorneys for Plaintiffs
ACLU OF SOUTHERN CALIFORNIA, KILAH OATS, LOTISHA DAVIDSON, TANISHA BROWN, TAMECA SPRIGGS, and JANIE RANDLE

Dated: October 16, 2020

AMERICAN CIVIL LIBERTIES UNION
OF SOUTHERN CALIFORNIA

/s/ Peter Eliasberg (as authorized on 10/16/2020)
Peter Eliasberg
Jordan Wells

Attorneys for Plaintiffs
ACLU OF SOUTHERN CALIFORNIA, KILAH OATS, LOTISHA DAVIDSON, TANISHA BROWN, TAMECA SPRIGGS, and JANIE RANDLE

Dated: October 16, 2020

FIRST AMENDMENT COALITION

/s/ David Edward Snyder (as authorized on 10/16/2020)
David Edward Snyder

Attorneys for Plaintiff
FIRST AMENDMENT COALITION

### [~~PROPOSED~~] ORDER

Based upon the parties' stipulation, and for good cause shown, the Court **ORDERS**:

1.      KCSC's deadline to file a responsive pleading shall be extended to November 3, 2020; and

2.      The parties' deadline to file a joint scheduling report shall be extended to November 3, 2020;

3.      The mandatory scheduling conference is set on November 10, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 16, 2020**              /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE