**MARGO A. RAISON, COUNTY COUNSEL**
By: Andrew C. Thomson, Chief Deputy (SBN 149057)
Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendant, Donny Youngblood

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Civil Liberties Union of Southern California, First Amendment Coalition, Kilah Oats, Lotisha Davidson, Tanish Brown, Tamecca Spriggs and Janie Randle<br><br>Plaintiffs,<br><br>v.<br><br>Tamarah Harber-Pickens, in her official capacity as Court Executive Officer of the Kern County Superior Court, Judith K. Dulcich, in her official capacity as Presiding Judge of the Kern County Superior Court, and Donny Youngblood, Sheriff of Kern County, in His Official Capacity,<br><br>Defendants. | Case No.: 1:20-CV-00889-DAD-JLT<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT YOUNGBLOOD'S RESPONSIVE PLEADING DEADLINE |

    Defendant Donny Youngblood in his official capacity as the Sheriff of Kern County and Plaintiffs, American Civil Liberties Union of Southern California, First Amendment Coalition, Kilah Oats, Lotisha Davidson, Tanisha Brown, Tameca Spriggs and Janie Randle, hereby stipulate to extend Defendant Youngblood's time to file a responsive pleading until November 3, 2020.

    Good cause exists for this stipulation, in that the Court has recently extended the responsive pleading time for all other defendants to November 3, 2020, and the filing dead line

1

ACLU of Southern California, et al. v. Tamarah Harber-Pickens, et al.    1:20-CV-00889-DAD-JLT
Stipulation and Proposed Order to Extend Defendant Youngblood's Responsive Pleading Deadline

for the Joint Scheduling Report to November 3, 2020. (Doc. No. 28). Additionally, the parties have been exploring settlement and believe the additional time would increase the chances of a quick resolution of this matter.

    NOW THEREFORE IT IS STIPULATED AND AGREED, subject to the Court's approval, as follows:

    1.    Defendant, Kern County Sheriff Donny Youngblood's deadline to file a responsive pleading is extended to November 3, 2020.

**IT IS SO STIPULATED.**

Dated: October 20, 2020    MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Marshall S. Fontes
    Andrew C. Thomson, Chief Deputy
    Marshall S. Fontes, Deputy
    Attorneys for Defendant Donny Youngblood,
    Kern County Sheriff

Dated: October 20, 2020    ACLU FOUNDATION OF NORTHERN CALIFORNIA

By: /s/ Kathleen Guneratne as authorized on 10/20/20
    Kathleen Guneratne
    Amy Gilbert
    Attorneys for Plaintiffs ACLU of Southern
    California, Kilah Oats Lotisha Davidson, Tanisha
    Brown, Tameca Spriggs and Janie Randle

Dated: October 20, 2020    AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA

By: /s/ Peter Eliasberg as authorized on 10/20/20
    Peter Eliasberg
    Jordan Wells
    Attorneys for Plaintiffs, ACLU of Southern
    California, Kilah Oats Lotisha Davidson, Tanisha
    Brown, Tameca Spriggs and Janie Randle

Dated: October 20, 2020    FIRST AMENDMENT COALITION

By: /s/ David Edward Snyder
    David Edward Snyder
    Attorneys for Plaintiff, First Amend. Coalition

2

ACLU of Southern California, et al. v. Tamarah Harber-Pickens, et al.    1:20-CV-00889-DAD-JLT
Stipulation and Proposed Order to Extend Defendant Youngblood's Responsive Pleading Deadline

**[~~PROPOSED~~] ORDER**

Based upon the parties' stipulation, and good cause appearing, the Court orders:

1. Defendant, Kern County Sheriff Donny Youngblood's deadline to file a responsive pleading is extended to November 3, 2020.

IT IS SO ORDERED.

Dated: __October 20, 2020__          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

3

ACLU of Southern California, et al. v. Tamarah Harber-Pickens, et al.   1:20-CV-00889-DAD-JLT
Stipulation and Proposed Order to Extend Defendant Youngblood's Responsive Pleading Deadline