UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**TAMARAH HARBER-PICKENS, et al.,**<br><br>Defendants. | Case No. **1:20-cv-00889-DAD-JLT**<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>(Doc. 32) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 32) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than December 18, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **November 4, 2020**               /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28