Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Cary D. Sullivan (State Bar No. 228527)
carysullivan@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   +1.949.851.3939
Facsimile:    +1.949.553.7539

Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:   +1.415.626.3939
Facsimile:    +1.415.875.5700

Attorneys for Defendants
TAMARAH HARBER-PICKENS, in her official capacity as Court Executive Officer / Clerk of the Superior Court of California, County of Kern; and HON. JUDITH K. DULCICH, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TAMARAH HARBER-PICKENS, et al.,**<br><br>**Defendants.** | Case No. 1:20-cv-00889-DAD-JLT<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND THE DEADLINE TO FILE A STIPULATION OF DISMISSAL AS TO THE COURT DEFENDANTS**<br><br>(Doc. 34) |

Defendants Tamarah Harber-Pickens, in her official capacity as Court Executive Officer / Clerk of the Superior Court of California, County of Kern, and Hon. Judith K. Dulcich, in her official capacity as Presiding Judge of the Superior Court of California, County of Kern (collectively "KCSC"), and Plaintiffs American Civil Liberties Union of Southern California, First Amendment Coalition, Kilah Oats, Lotisha Davidson, Tanisha Brown, Tameca Spriggs, and Janie Randle hereby stipulate to extend the parties' deadline to file a stipulation of dismissal as to KCSC until January 19, 2021.

1. On November 3, 2020, KCSC and Plaintiffs filed a Notice of Settlement in Principle (Dkt. No. 31), informing the Court of the parties' settlement in principle, requesting that all pending dates be taken off calendar, and advising that the parties expected to be able to file the final dismissal paperwork within 21 days.

2. On November 4, 2020, the Court vacated all pending dates and ordered the parties to file a stipulation of dismissal by December 18, 2020 (Dkt. No. 33).

3. KCSC and Plaintiffs have continued to work together in good faith to finalize the settlement paperwork.  The parties expect, however, that it will take an additional month to finalize the conditions of the settlement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the deadline for KCSC and Plaintiffs to file a stipulation of dismissal as to KCSC shall be extended to January 19, 2021.

IT IS SO ORDERED.

Dated:  **December 10, 2020**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE