UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br>TAMARAH HARBER-PICKENS, et al.,<br><br>Defendants. | Case No. 1:20-cv-00889-DAD-JLT<br><br>ORDER CLOSING THE ACTION AS TO DONNY YOUNGBLOOD IN HIS OFFICIAL CAPACITY<br>(Doc. 36) |

The parties have settled their case and have stipulated to the action as to Kern County Sheriff Donny Youngblood in his official capacity, being dismissed with prejudice. (Doc. 36) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Nevertheless, the Court

**ORDERS:**

1. The Clerk of Court is DIRECTED to close this action as to Kern County Sheriff Donny Youngblood in his official capacity;

///
///
///
///
///

1

2. The Court shall retain jurisdiction to enforce the terms and conditions of the settlement agreement. <u>See</u> <u>Kokkonen v. Guardian Life Ins. Co. of Am</u>., 511 U.S. 375 (1994).

IT IS SO ORDERED.

Dated:   **December 12, 2020**          /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE