UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TAMARAH HARBER-PICKENS, et al.,<br><br>Defendants. | Case No. 1:20-cv-00889-DAD-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ACTION AS AGAINST THE COURT DEFENDANTS AND RETENTION OF JURISDICTION; [PROPOSED] ORDER**<br><br>(Doc. 38) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs American Civil Liberties Union of Southern California, First Amendment Coalition, Kilah Oats, Lotisha Davidson, Tanisha Brown, Tameca Spriggs and Janie Randle (collectively, "Plaintiffs") and Defendants Tamarah Harber-Pickens, in her official capacity as Court Executive Officer, Superior Court of California, County of Kern and Judith K. Dulcich, in her official capacity as Presiding Judge, Superior Court of California, County of Kern (collectively, "KCSC"), hereby stipulate, pursuant to the terms of a Settlement and Release of All Claims Agreement effective as of November 13, 2020 ("Agreement"), which Agreement is hereby incorporated by reference, as follows:

1. This action shall be dismissed with prejudice in its entirety as against KCSC; and

2. Pursuant to Section I(3) of the Agreement, the Court shall retain jurisdiction over this action until December 31, 2021 for the sole purpose of resolving any disputes that may arise between the parties relating to access to court facilities or proceedings, including but not limited to disputes with respect to compliance with the Agreement.

The undersigned counsel for Plaintiffs certifies that the content of this document is acceptable to counsel for Defendants and that said counsel has provided authority to affix their electronic signature and to submit this document on his behalf pursuant to Local Rule 131, subsection (e).

1

2    Dated:     December 11, 2020        ACLU OF NORTHERN CALIFORNIA
                                         ACLU FOUNDATION OF NORTHERN CALIFORNIA
3

4                                        By    /s/ Kathleen Guneratne
                                              Amy Rose Gilbert
5                                             Kathleen Guneratne

6                                             Attorneys for Plaintiffs
                                              American Civil Liberties Union of Southern
7                                             California, Kilah Oats, Lotisha Davidson, Tanisha
                                              Brown, Tameca Spriggs, and Janie Randle
8

9    Dated:     December 11, 2020        MORGAN, LEWIS & BOCKIUS LLP

10

11                                       By    /s/ Lucy Wang
                                              Sujal J. Shah
12                                            Lucy Wang

13                                            Attorneys for Plaintiffs
                                              American Civil Liberties Union of Southern
14                                            California and First Amendment Coalition

15

16   Dated:     December 11, 2020        FIRST AMENDMENT COALITION

17

18                                       By    /s/ David Edward Snyder
                                              David Edward Snyder
19
                                              Attorneys for Plaintiff
20                                            First Amendment Coalition

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
  LOS ANGELES

STIPULATION OF DISMISSAL
                                         CASE NO. 1:20-CV-00889-DAD-JLT

1  Dated:    December 14, 2020          JONES DAY

2

3                                       By    /s/ Robert A. Naeve

4                                             Robert A. Naeve
                                              Cary D. Sullivan
5                                             Nathaniel P. Garrett

6                                             Attorneys for Defendants
                                              Tamarah Harber-Pickens, in her official capacity as
7                                             Court Executive Officer of the Superior Court of
                                              California, County of Kern; and Hon. Judith K.
8                                             Dulcich, in her official capacity as Presiding Judge
                                              of the Superior Court of California, County of Kern

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION OF DISMISSAL
CASE NO. 1:20-CV-00889-DAD-JLT

## [~~PROPOSED~~] ORDER

The parties have stipulated to the action being dismissed with prejudice and requesting the Court retain jurisdiction over the matter until December 31, 2021, for the purpose of enforcing the settlement (Doc. 38). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately.  Thus, the Court **ORDERS**:

1.       The Court retains jurisdiction of this matter until December 31, 2021, for the purpose of enforcing the settlement;

2.       Accordingly, the Clerk of Court is DIRECTED to close this action subject to the Court's ongoing jurisdiction.

IT IS SO ORDERED.

Dated:   **January 11, 2021**                          **/s/ Jennifer L. Thurston**
                                                                                       UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STIPULATION OF DISMISSAL
CASE NO. 1:20-CV-00889-DAD-JLT